# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

WINSTON HENDERSON, BONNIE
HENDERSON, MICHAEL
HENDERSON, NOAH SCHWEHM,
TERRI SCHWEHM, EDWARD LOTZ,
KATHEY LOTZ, LLOYD PONSON,
AND DONNA PONSON

NO. 2021 CW 0137

VERSUS

BRANDON PAUL RICHOUX

**APRIL 26, 2021**

---

In Re:     Brandon Paul Richoux, applying for supervisory writs,
           22nd Judicial District Court, Parish of Washington,
           No. 113556.

---

**BEFORE:     GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to comply with the Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(10), in that the application does not contain a copy of the minute entry. Moreover, this court requires a copy of the hearing transcript for a complete review.

Supplementation of this writ application and/or an application for rehearing will not be considered. Rules 4-9 and 2-18.7, Uniform Rules of Louisiana Courts of Appeal.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation and must comply with Rule 2-12.2, Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before **May 26, 2021** and must contain a copy of this ruling.

                              **JMG**
                              **PMc**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT